IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-mj-244 |
| Plaintiff, | Magistrate Judge Caroline H. Gentry |
| vs. | |
| MICHAEL EMERY, | |
| Defendant. | |

## DECISION & ORDER GRANTING PLAINTIFF'S MOTION FOR PRETRIAL DETENTION (DOC. NO. 3)

This case came before the Court on the Government's Motion for Pretrial Detention (Doc. No. 3), which seeks to detain Defendant Michael Emery ("Defendant") prior to trial. During Defendant's initial appearance, both Defendant and his counsel waived a hearing on the Government's Motion.

In a related case, the Court granted the Government's motion to detain Defendant Emery prior to trial. *See U.S. v. Emery*, S.D. Ohio No. 3:24-mj-220 (Decision & Order, Doc. No. 10). For the reasons stated in the Decision & Order in that case, the Court finds that no condition or combination of conditions set forth in 18 U.S.C. § 3142(c) will reasonably assure the safety of other persons and the community if Defendant is released prior to trial.

Accordingly, the Government's Motion for Pretrial Detention (Doc. No. 3) is **GRANTED**, and it is hereby **ORDERED** that:

1) Defendant be committed to the custody of the Attorney General of the United States for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2) Defendant be afforded reasonable opportunity for private consultation with counsel; and

3) On Order of a Court of the United States, or upon request of an attorney for the United States, the person in charge of the facility in which Defendant is confined deliver Defendant to a United States Marshal or his deputy for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

Any party may file and serve on the opposing party a motion for revocation or amendment of this Order with a United States District Judge. 18 U.S.C. § 3145(b). A defendant who files a motion for revocation or amendment must arrange for a transcript of the detention hearing. This Order is in full force and effect, notwithstanding the filing of a motion for revocation or amendment, unless it is stayed by the Magistrate Judge or District Judge.